UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SCOTT J. BEDARD,

    Petitioner,

vs.

E.K. McDANIEL, *et al.*,

    Respondents.

3:08-cv-00294-LRH-RAM

ORDER

Before the court is petitioner's second motion for enlargement of time in which to file an amended petition for writ of habeas corpus (docket #10). Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion is **GRANTED**. Petitioner shall have up to and including January 19, 2009, in which to file an amended habeas corpus petition.

DATED this 17th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE