# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SCOTT H. BEDARD,

    Petitioner,

vs.

E.K. MCDANIEL, *et al.*,

    Respondents.

3:08-cv-00294-LRH-RAM

ORDER

    Before the court is respondents' motion for enlargement of time in which to file a response to petitioner's motion for leave to conduct discovery and for court order to obtain documents and evidence (docket #29), and respondents' amended motion for enlargement of time (docket #30). Good cause appearing,

    **IT IS THEREFORE ORDERED** that respondents' motions are **GRANTED**. Respondents shall have up to and including June 30, 2009, in which to file and serve a response to petitioner's motion for leave to conduct discovery.

    DATED this 14th day of April, 2009.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE