**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SCOTT H. BEDARD, | ) | |
| Petitioner, | ) | 3:08-cv-0294-LRH-RAM |
| vs. | ) | **ORDER** |
| E.K. McDANIEL, *et al.*, | ) | |
| Respondents. | ) | |

This action proceeds on a first amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, by petitioner Scott H. Bedard, a Nevada prisoner represented by counsel. Petitioner has filed his second amended petition on March 11, 2010 (docket #35). No answer or other response has been received.

**IT IS THEREFORE ORDERED** that respondents shall have to and including June 30, 2010 to file their answer or other response to the second amended petition.

Dated this 19th day of May, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE