# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SCOTT H. BEDARD,

    Petitioner,

vs.

E.K. MCDANIEL, *et al.*,

    Respondents.

3:08-cv-0294-LRH-RAM

**ORDER**

Before the Court is petitioner's motion for enlargement of time in which to file a *Rhines* brief or determine his course of action regarding his unexhausted claims (ECR No. 44). Good cause appearing,

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**. Petitioner shall have up to and including February 26, 2011, in which to file and serve his response to the Court's order.

DATED this 4th day of February, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE