# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SCOTT H. BEDARD,

  Petitioner,   3:08-cv-0294-LRH-RAM

vs.   **ORDER**

E.K. MCDANIEL, *et al.*,

  Respondents.

  Before the Court is petitioner's notice of intent to abandon grounds 3 and 4 of his petition (ECF No. 45) which this Court found to be unexhausted. The Court shall therefore direct respondents to file their Answer to the remaining ground 1, 5, 6, and 7. That Answer shall be filed on or before April 14, 2011. Petitioner's reply shall be filed thirty days thereafter. **IT IS SO ORDERED.**

  DATED this 2nd day of March, 2011.

            _____
            LARRY R. HICKS
            UNITED STATES DISTRICT JUDGE